Affirmed and Memorandum Opinion filed August 21, 2008








Affirmed
and Memorandum Opinion filed August 21, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00594-CR

NO. 14-07-00595-CR

____________

 

ANTHONY ANTWON BEN,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 248th District
Court

 Harris County, Texas

Trial Court Cause Nos.
1070417 & 1069780

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a plea of Aguilty@ to the offense of aggravated robbery with a deadly weapon in
two cases.  On July 2, 2007, the trial court sentenced appellant in each case
to confinement for life in the Institutional Division of the Texas Department
of Criminal Justice.  The trial court ordered the sentences to run
concurrently.  Appellant filed a notice of appeal in each case.








Appellant=s appointed counsel filed a brief in
which he concludes the appeals are wholly frivolous and without merit. The
brief meets the requirement of Anders v. California, 386 U.S. 738, 87
S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating
why there are no arguable grounds to be advanced.  See High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record in each case and file a pro se response.  See
Stafford v. State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  At
appellant=s request, the records were provided to him.  On May 22, 2008, appellant
filed a pro se response to counsel=s brief.

We have
carefully reviewed the record in each case, counsel=s brief, and appellant=s response, and agree both appeals
are wholly frivolous and without merit.  Further, we find no reversible error
in the records on appeal.  A discussion of the brief would add nothing to the
jurisprudence of the state.  We are not to address the merits of each claim raised
in an Anders brief or a pro se response when we have determined there
are no arguable grounds for review.  See Bledsoe v. State, 178 S.W.3d
824, 827-28 (Tex. Crim. App. 2005).  

Accordingly,
the judgments of the trial court are affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed August
21, 2008.

Panel consists of Justices Anderson, Fowler, and
Frost.

Do Not Publish C Tex. R. App. P.
47.2(b).